[No. 14573-5-III.    Division Three.    January 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
SHALAWNDA SHAWAUN ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-01099-0, Tari S. Eitzen, J.,
entered December 5, 1994. *Affirmed* by unpublished
opinion per Munson, J., concurred in by Sweeney, C.J.,
and Thompson, J.

[No. 14767-3-III.    Division Three.    January 7, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. MARTIN
LOUIS PODOLL, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-00877-4, Michael E. Donohue,
J., entered February 23, 1995. *Reversed* by unpublished
opinion per Munson, J., concurred in by Sweeney, C.J.,
and Thompson, J.

[No. 14070-9-III.    Division Three.    January 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY
MARTIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Okanogan County, No. 93-1-00071-3, Frederick Fleming, J.
Pro Tem., entered August 25, 1993. *Reversed* by unpublished opinion per Thompson, J., concurred in by Sweeney,
C.J., and Schultheis, J.

[No. 14431-3-III.    Division Three.    January 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
BERNARDINO DAVILA RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Okanogan County, No. 93-1-00318-6, John Burchard, J.,
entered October 27, 1994. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, C.J., and
Munson, J.